IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| In re:<br><br>ROMAN CATHOLIC DIOCESE OF HARRISBURG,<br><br>        Debtor.[1] | Chapter 11<br><br>Case No. 1:20-bk-00599 (HWV) |
| ROMAN CATHOLIC DIOCESE OF HARRISBURG,<br><br>        Plaintiff,<br><br>v.<br><br>THE TRAVELERS COMPANIES, INC., et al.,<br><br>        Defendants. | Adv. Pro. No. 1:20-ap-00018 (HWV) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, and in accordance with the *Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Harrisburg* (Dkt. No. 1470) and *Findings of Fact, Conclusions of Law and Order Confirming the Amended Joint Plan of Reorganization for the Roman Catholic Diocese of Harrisburg* (Dkt. No. 1530), the Roman Catholic Diocese of Harrisburg hereby dismisses its claims in this adversary proceeding, with prejudice.

---

[1] The last four digits of the RCDH's federal tax identification number are: 4791. The RCDH's principal place of business is located at 4800 Union Deposit Road, Harrisburg, Pennsylvania 17111.

Dated: June 23, 2023

Respectfully submitted,

   */s/ Blake D. Roth*
Blake D. Roth (State Bar No. 306951)
Tyler N. Layne (admitted *pro hac vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: blake.roth@hklaw.com
      tyler.layne@hklaw.com

-and-

Matthew H. Haverstick (State Bar No. 85072)
Joshua J. Voss (State Bar No. 306853)
**KLEINBARD, LLC**
Three Logan Square
1717 Arch Street, 5th Floor
Philadelphia, Pennsylvania 19103
Telephone:   (215) 568-2000
Facsimile:    (215) 568-0140
Email: mhaverstick@kleinbard.com
      jvoss@kleinbard.com

*Attorneys for the Roman Catholic Diocese of Harrisburg*